MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jul 13, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HUNTER DANIEL SECREST,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-MJ-0095-KJN<br><br>[PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: July 15, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Alison Claire |

 The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on July 10, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] FINDINGS AND ORDER　　　　　　　1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 25, 2020, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 13, 2020

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE